**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| SAMUEL M. HERRERA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-6854 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| CESAR ASTORGA, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Samuel M. Herrera ("Plaintiff"), represented by his attorneys Ed Fox & Associates, Ltd., brings this complaint against Cesar Astorga ("Defendant"), alleging as follows:

## JURISDICTION AND VENUE

1. Jurisdiction for this case is conferred upon this Court under 28 U.S.C. Sections 1343, 1331, and 1367.

2. The venue is founded in this Judicial Court upon 28 U.S.C. Section 1391, as the acts in question occurred within this district.

## PARTIES

3. Plaintiff was and is a citizen of the United States and was within the jurisdiction of this Court.

4. Defendant (Star Number 14757) was a police officer in the Chicago Police Department.

5. Defendant Astorga acted under the color of law.

6. Defendant Astorga is being sued in his individual capacity.

## CLAIM

7. On or about May 24, 2024, Plaintiff was driving a vehicle and not violating any traffic laws.

8. Defendant activated the emergency lights in his police vehicle and conducted a traffic stop.

9. There was no legal cause to conduct a traffic stop.

10. Defendant searched Plaintiff and the vehicle he was driving.

11. There was no just cause to search Plaintiff or the vehicle.

## PRAYER FOR RELIEF

12. Defendant shall pay general damages, including emotional distress.

13. Defendant shall pay special damages.

14. Defendant shall pay attorneys' fees.

15. Defendant shall pay punitive and exemplary damages.

16. Defendant shall pay the costs of the suit herein incurred.

17. Plaintiff shall have such other and further relief as this Court may deem just and proper.

Dated: August 5, 2024

Respectfully submitted,

s/Peter T. Sadelski
Peter T. Sadelski
Ed Fox & Associates, Ltd.
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com
Attorney for Plaintiff

2